# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DERICK SMITH,**

    **Plaintiff,**

**vs.**                                                                         **CASE NO. 1:06CV195-MP/AK**

**ORLESTER DICKENS, et al,**

    **Defendants.**

_____/

## O R D E R

This cause is before the Court upon referral from the Clerk. Plaintiff in this action is proceeding *pro se* and *in forma pauperis*. In an order dated April 3, 2008, the United States Marshal was directed to effect service upon the named Defendants in this action by mailing the required documents to the special process server at FDOC Central Office and Cross City Correctional Institution. (Doc.15). Service was returned un-executed as to Orlester Dickens and S. Montito-Banasco with notations that Dickens has retired and Montito-Banasco is no longer employed by FDOC. (Docs. 17 and 18). The Court will ask for assistance from DOC with these two defendants, as set forth below.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court shall forward to Kathleen Von Hoene, General Counsel for the Department of Corrections, a copy of this order along with the prepared summons

Case 1:06-cv-00195-MP-AK   Document 19   Filed 04/29/08   Page 2 of 2
Page 2 of 2

for the Defendants Orlester Dickens and S. Montito-Banasco and two service copies of the complaint.

    2.  The Deputy Counsel for the Department of Corrections shall have until **May 30, 2008**, to either:  (1) inform the United States Marshal in confidence of the present location of the Defendants, (2) make an appearance on their behalf, or (3) advise the Court that neither alternative is possible.  If a Defendants' address is provided to the United States Marshal, the General Counsel shall file a notice that this has been done. The General Counsel shall also forward to the United States Marshal a copy of this order, the summons, and service copies of the complaint.

    3.  **Upon receipt of an address for the above named Defendants, the United States Marshal shall attempt to personally serve the Defendant according to Fed. R. Civ. P. 4(e).**

    **DONE AND ORDERED** this  **29**th  day of April, 2008.


                 *s/ A. KORNBLUM*
                  **ALLAN KORNBLUM**
                  **UNITED STATES MAGISTRATE JUDGE**

**No. 1:06cv195-MP/AK**