# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DERICK SMITH,**

    **Plaintiff,**

**vs.**                                                                         **CASE NO. 1:06CV195-MP/AK**

**ORLESTER DICKENS, et al,**

    **Defendants.**

_____/

## FOURTH ORDER DIRECTING SERVICE

Summonses have been returned un-executed on the following Defendants: D. R. Farcas, M.A. Pleskovich, T. J. Collins and Defendant Polhill.  (Docs. 21, 22, 23, and 24).  The Court will ask for assistance from DOC with Defendants Farcas and Pleskovich, who are no longer employed by the DOC, and re-serve Defendants Collins and Polhill at their current places of employment.

Accordingly, it is

**ORDERED:**

1.  The Clerk of Court shall forward to Richard Saliba, Assistant General Counsel for the Department of Corrections, a copy of this order along with the prepared summons for the Defendants Farcas and Pleskovich and two service copies of the complaint.

2. The Assistant General Counsel for the Department of Corrections shall have until **July 17, 2008**, to either: (1) inform the United States Marshal in confidence of the present location of the Defendants, (2) make an appearance on their behalf, or (3) advise the Court that neither alternative is possible. If a Defendants' address is provided to the United States Marshal, the Assistant General Counsel shall file a notice that this has been done. The Assistant General Counsel shall also forward to the United States Marshal a copy of this order, the summons, and service copies of the complaint.

3. **Upon receipt of an address for the above named Defendants, the United States Marshal shall attempt to personally serve the Defendants according to Fed. R. Civ. P. 4(e).**

4. The Clerk shall also issue summonses for Defendant T. J. Collins at his place of employment, Avon Park Correctional Institution, P. O. Box 1100, Avon Park, FL 33826, and Defendant Polhill, at his place of employment, Union Correctional Institution, 7819 N. W. 228th Street, Raiford, FL 32026-4020, indicating that Defendants have sixty (60) days in which to file a response to the complaint, and refer the summonses to the United States Marshals, along with the service copies of Plaintiff's complaint.

5. The Clerk shall also prepare and send the Marshal a copy of this order for these two Defendants.

6. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Linda Hoke** is specially appointed to serve process upon Defendant **T. J. Collins** at Avon Park CI, and

**No. 1:06cv195-MP/AK**

Case 1:06-cv-00195-MP-AK   Document 41   Filed 06/17/08   Page 3 of 5

Page 3 of 5

**Jamie L. Williams** is specially appointed to serve process upon Defendant **Polhill** at Union CI.

7  Within 30 days from the date of entry of this order on the docket, the United States Marshal or a Deputy United States Marshal shall serve a copy of the civil rights complaint, a summons, and this order **upon Defendants Collins and Polhill**.  Service shall be accomplished **by mailing these documents by regular mail to the above named special process server who shall serve the complaint.**  All costs of service shall be advanced by the United States.

8.  Within 10 days after receipt of the complaint and this order, **Linda Hoke and Jamie Williams,** shall **serve the complaint upon the individuals named above (Collins and Polhill), complete** and **sign** the return of service, and **return** it to the Clerk of Court as proof of service.  *Defendants shall also sign the return of service as an acknowledgment of receipt of service.*

9.  If any Defendant is no longer employed at the designated institution or facility, or is otherwise unable to be served, the server shall report this information to the Clerk of Court within 10 days after receipt of the complaint and this order.  *If service is returned unexecuted, or if a return is not filed within forty-five (45) days from the date of this order, the Clerk of Court shall immediately notify Chambers.*

10.  Defendants (Collins and Polhill) shall have 60 days in which to file a response to the complaint.

11.  No motion for summary judgment shall be filed by any party prior to entry of an Initial Scheduling Order without permission of the Court.

**No. 1:06cv195-MP/AK**

12. Counsel for Defendants Collins and Polhill shall file a notice of appearance within thirty (30) days of the date of service.

13. Plaintiff is advised that after a response to the complaint has been filed, no further amendments to the complaint shall be permitted by the Court unless, as required by Rule 15 of the Federal Rules of Civil Procedure, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint.  N.D. Fla. Loc. R. 15.1.

14. In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent, the form should be signed and forwarded to counsel for Defendants.  If Defendants wish to consent, the form should be signed and returned to the Clerk.

15. After a notice of appearance has been filed, Plaintiff shall be required to mail to the attorney for each Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the Court.  Plaintiff shall include with each pleading, motion, or other paper to be filed with the Clerk of the Court a certificate stating the date an identical copy of the paper was mailed to each Defendant or to the attorney representing each Defendant.  Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the Court.

16. Plaintiff is reminded to keep the Clerk of Court advised of any change in his mailing address should he be transferred, released from prison, or otherwise be

**No. 1:06cv195-MP/AK**

relocated.  Failure to do so may result in the dismissal of Plaintiff's action for failure to prosecute should court orders not be able to reach Plaintiff.

**DONE AND ORDERED** this  17th  day of June, 2008.


                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**

**No. 1:06cv195-MP/AK**